THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE PEAKS AT TUKWILA CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:25-cv-01201-JCC<br><br>STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>March 12, 2026 |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 12th day of March, 2026.

By: *s/ Alfred E. Donohue*
Alfred E. Donohue, WSBA No. 32774
Brian Buron, WSBA No. 27206
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98164
Phone: 206-623-4100 Fax: 206-623-9273
Email: donohue@wscd.com; buron@wscd.com;
Attorneys for Defendant Allstate Insurance Company

DATED this 12th day of March, 2026.

By _*s/ Jessica R. Burns*________________________
Jerry H. Stein, WSBA No. 27721
Daniel J. Stein, WSBA No. 48739
Justin D. Sudweeks, WSBA No. 28755
Jessica R. Burns, WSBA No. 49852
Stein, Sudweeks & Stein
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Phone: 206-388-0660
Fax: 206-286-2660
Email: JStein@condodefects.com
dstein@condodefects.com
justin@condodefects.com
jessica@condodefects.com
Of Attorneys for Plaintiff

IT IS SO ORDERED.

DATED this _______ day of _______________, 2026.

______________________________________
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*s/ Alfred E. Donohue*______________________
Alfred E. Donohue, WSBA No. 32774
Brian Buron, WSBA No. 27206
Wilson Smith Cochran Dickerson

*s/ Jessica R. Burns*_________________________
Jerry H. Stein, WSBA No. 27721
Daniel J. Stein, WSBA No. 48739
Justin D. Sudweeks, WSBA No. 28755
Jessica R. Burns, WSBA No. 49852
Stein, Sudweeks & Stein



WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Plaintiff**
Justin D. Sudweeks
Jessica R. Burns
Daniel Stein
Jerry H. Stein
Stein, Sudweeks & Stein
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
( ) Via U.S. Mail
( ) Via Facsimile: 206-286-2660
( ) Via Hand Delivery
(X) Via ECF/Email: justin@condodefects.com; zach@condodefects.com; dstein@condodefects.com; JStein@condodefects.com; jessica@condodefects.com

**SIGNED** this 12th day of March, 2026, at Seattle, Washington.

*s/ Katty Ou*__________________________
Katty Ou, Legal Assistant
Wilson Smith Cochran Dickerson
Email: ou@wscd.com



WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273